UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-cv-20524-KING

PAVARINI CONSTRUCTION CO. (SE) Inc.,
a Delaware Corporation, individually,
and for the use and benefit of
STEADFAST INSURANCE COMPANY,
a Delaware Corporation,

      Plaintiff,

v.

ACE AMERICAN INSURANCE COMPANY,
a Pennsylvania Corporation,

      Defendant.
_____/

## FINAL JUDGMENT

This action comes before this Court upon Plaintiff PAVARINI CONSTRUCTION CO. (SE) Inc.'s Motion for Prejudgment Interest (the "Motion") (DE 147), which was filed November 18, 2015. Having considered the Motion,[1] and being otherwise fully advised in the premises, final judgment is hereby entered in favor of Plaintiff PAVARINI CONSTRUCTION CO. (SE) Inc., individually, and for the use and benefit of STEADFAST INSURANCE COMPANY, and against Defendant ACE AMERICAN INSURANCE COMPANY. Accordingly, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

---

[1] The Court has additionally considered Defendant ACE AMERICAN INSURANCE COMPANY's Response in Opposition to Plaintiff's Motion for Prejudgment Interest (DE 154) and Plaintiff's Reply in Support of the Motion for Prejudgment Interest (DE 155).

1. Plaintiff, PAVARINI CONSTRUCTION CO. (SE) Inc., shall recover from Defendant, ACE AMERICAN INSURANCE COMPANY, damages in the amount of $23,116,798.44;

2. Plaintiff, PAVARINI CONSTRUCTION CO. (SE) Inc., shall recover from Defendant, ACE AMERICAN INSURANCE COMPANY, prejudgment interest beginning on December 13, 2012 through October 30, 2015;

3. Plaintiff, PAVARINI CONSTRUCTION CO. (SE) Inc., shall recover from Defendant ACE AMERICAN INSURANCE COMPANY, post-judgment interest, at the appropriate statutory rate pursuant to 28 U.S.C. § 1961, beginning October 30, 2015, through the date this Final Judgment is paid by Defendant.

4. This Court retains jurisdiction to determine Plaintiff PAVARINI CONSTRUCTION CO. (SE) Inc.'s entitlement to, and amount of, attorney's fees and costs, as well as to enforce the execution of this Final Judgment.

5. Any pending motions are hereby denied as moot.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 4th day of January, 2015.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

CC: All Counsel of Record