IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CV-20524-JLK

PAVARINI CONSTRUCTION CO. (SE), Inc., a
Delaware Corporation, individually, and for the
use and benefit of STEADFAST INSURANCE
COMPANY, a Delaware Corporation,

    Plaintiff,
vs.

ACE American Insurance Company, a
Pennsylvania Corporation,

    Defendant.
_____/

## NOTICE OF APPEAL

The Defendant, ACE AMERICAN INSURANCE COMPANY, Defendant, through undersigned counsel, hereby files this Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit of the Final Judgment dated January 4, 2016 [D.E. 156], Exhibit A; and the Order denying Defendant's Motion to Alter or Amend Judgment dated April 14, 2016 [D.E. 178], Exhibit B; and all other opinions, rulings, and orders incorporated therein.

I HEREBY CERTIFY that on this 6th day of May, 2016, I filed the foregoing document with the Clerk of the Court via electronic filing. I also certify that the foregoing document was served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

    MARLOW, ADLER, ABRAMS, NEWMAN & LEWIS
    4000 Ponce de Leon Boulevard, Suite 570
    Coral Gables, FL  33146
    (305) 446-0500 Telephone
    (305) 446-3667 Facsimile
    By: */s/ Joel Adler*
    Joel Adler, Esq.
    FBN: 283223
    jadler@marlowadler.com
    gmartinez@marlowadler.com
    Rosemary Wilder, Esq.
    Fla. Bar No. 442615
    rwilder@marlowadler.com
    tchowloon@marlowadler.com

- 2 -

Case No. 14-CV-20524-JLK

## SERVICE LIST

| | |
|---|---|
| Peter F. Valori, Esq.<br>Russell M. Landy, Esq.<br>Damian & Valori, LLP<br>1000 Brickell Avenue, Suite 1020<br>Miami, FL  33131<br>Tel.: (305) 371-3960<br>Fax: (305) 371-3965<br>pvalori@dvllp.com<br>rlandy@dvllp.com<br>*Counsel for Plaintiff* | David T. Dekker, Esq.<br>Melissa C. Lesmes, Esq.<br>Laura Freid-Studlo, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>1200 Seventeenth Street, NW<br>Washington, DC 20036<br>Tel.: (202) 663-8000<br>Fax: (202) 663-9384<br>david.dekker@pillsburylaw.com<br>melissa.lesmes@pillsburylaw.com<br>laura.freidstudlo@pillsburylaw.com<br>*Co-Counsel for Plaintiff (Pro Hac Vice)* |