UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20524-CIV-KING/TORRES

PAVARINI CONSTRUCTION CO. (SE), Inc.,
a Delaware Corporation, individually,
and for the use and benefit of
STEADFAST INSURANCE COMPANY,
a Delaware Corporation,

       Plaintiff,

vs.

ACE AMERICAN INSURANCE COMPANY,
a Pennsylvania Corporation,

       Defendant.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND NON-TAXABLE COSTS

**THIS CAUSE** comes before the Court upon Magistrate Judge Edwin G. Torres' November 14, 2016 Report and Recommendation (the "R&R") (DE 196), which recommends that the Plaintiff's Motion for Attorneys' Fees and Expenses (DE 174) be granted in part and denied in part.[1] After a thorough review of the record and consideration of the R&R, the Court concludes that the R&R is well reasoned and accurately states the law of the case.

Accordingly, the Court being otherwise fully advised, it is **ORDERED,**

---
[1] No objections to the R&R have been filed, and the time to do so has passed.

1

**ADJUDGED,** and **DECREED** as follows:

1. Magistrate Judge Edwin G. Torres' Report & Recommendation **(DE 196)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court.

2. Plaintiff's Motion for Attorneys' Fees and Expenses **(DE 174)** be, and the same is, hereby **GRANTED IN PART and DENIED IN PART**.

Plaintiff should recover $803,422.50 in attorneys fees for the following work:

| Attorney | Fee/Hours | Total |
|---|---|---|
| Melissa C. Lesmes | $400.00 (785.5 hours) | $314,200.00 |
| Stephen S. Asay | $275.00 (656.6 hours) | $180,565.00 |
| Laura Fried-Studlo | $275.00 (551.8 hours) | $151,745.00 |
| David T. Dekker | $500.00 (256.7 hours) | $128,350.00 |
| Paul T. Kehoe | $150.00 (58.0 hours) | $8,700.00 |
| Russell M. Landy | $275.00 (16.2 hours) | $4,455.00 |
| Paige Monborne | $150.00 (28.0 hours) | $4,200.00 |
| Laura R. Thompson | $275.00 (15.1 hours) | $4,152.50 |
| Peter F. Valori | $375.00 (9.5 hours) | $3,562.50 |
| Patrick Ng | $150.00 (11.7 hours) | $1,755.00 |
| Eric M. Gold | $275.00 (4.8 hours) | $1,320.00 |
| Amanda L. Fernandez | $275.00 (1.3 hours) | $357.50 |

| | | |
|---|---|---|
| Melanie J. Spenser | $150.00 (0.4 hours) | $60.00 |

Plaintiff should recover $244,322.67 in costs for the following expenses:

| Category | Total |
|---|---|
| Expert witness fees | $217,698.66 |
| Attorney travel expenses | $20,205.99 |
| Mediation costs | $3,850.00 |
| Computer research costs | $1,495.47 |
| Postage and reproductions | $1,072.55 |

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 5th day of December, 2016.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Magistrate Judge Edwin G. Torres.
All Counsel of Record.