UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:14-cv-20524-JLK

PAVARINI CONSTRUCTION CO. (SE), Inc.,
a Delaware Corporation, individually,
and for the use and benefit of
STEADFAST INSURANCE COMPANY,
a Delaware Corporation,

      Plaintiff,

vs.

ACE AMERICAN INSURANCE COMPANY,
a Pennsylvania Corporation,

      Defendant.
_____/

## SATISFACTION OF FINAL JUDGMENT

KNOW ALL MEN BY THESE PRESENTS: That the Final Judgment entered in this cause on January 4, 2016 (ECF No. 156) against ACE American Insurance Company and in favor of Pavarini Construction Co. (SE), Inc. ("Pavarini"), together with the attorneys' fees and non-taxable expenses awarded to Pavarini on December 5, 2016 (ECF No. 197), are hereby acknowledged by Pavarini as satisfied.

Dated: December 23, 2016

                                       Respectfully submitted,

                                       DAMIAN & VALORI LLP
                                       1000 Brickell Avenue, Suite 1020
                                       Miami, Florida  33131
                                       Telephone: (305) 371-3960
                                       Facsimile: (305) 371-3965

                                       By: s/Russell Landy
                                             Russell Landy
                                             Florida Bar No. 0044417

                                       *And*

        David T. Dekker (admitted *pro hac vice*)
        Melissa C. Lesmes (admitted *pro hac vice*)
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        2300 N Street, NW
        Washington, DC 20037
        Telephone: (202) 663-8000
        Facsimile: (202) 663-8007
        Email: david.dekker@pillsburylaw.com
        Email: melissa.lesmes@pillsburylaw.com

        *Attorneys for Pavarini Construction Co. (SE), Inc.*

## CERTIFICIATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the CM/ECF system on this 23rd day of December, 2016 upon:

Maritza Peña, Esq.
Joel D. Adler, Esq.
MARLOW ADLER ABRAMS
NEWMAN & LEWIS
Counsel for Defendant ACE
4000 Ponce de Leon Boulevard, Suite 570
Coral Gables, FL 33146
Telephone: (305) 446-0500
Facsimile: (305) 446-3667
Email: mpena@marlowadler.com
Email: jadler@marlowadler.com

        /s/ Russell Landy
        Russell Landy